

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00084-CR
No. 02-22-00085-CR

———————————————

JOHN CARLTON GRAHAM, Appellant

V.

THE STATE OF TEXAS

———————————————

On Appeal from the 297th District Court
Tarrant County, Texas
Trial Court Nos. 1393865D, 1393866D

———————————————

Before Walker, J.; Sudderth, C. J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: January 19, 2023